UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CARL DAVIS,

      Petitioner,

v.                          Case No. 16-C-747

UNITED STATES OF AMERICA,

      Respondent.

## ORDER FOR RESPONSE

Defendant in the above matter has filed a motion for relief under 28 U.S.C. § 2255 based upon a change in the law governing sentencing. It appears from the Court's review of the motion and supporting memorandum that the defendant may be entitled to relief. Accordingly, the government is directed to file a response to the motion on or before July 20, 2016. A reply, if any, shall be filed on or before August 3, 2016.

**SO ORDERED** this  20th  day of June, 2016.

                                          s/ William C. Griesbach
                                          William C. Griesbach, Chief Judge
                                          United States District Court